The People of the State of New York ex rel. Rose-vale Realty Company, Inc., Appellant, *v.* Albert E. Kleinert, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Respondent.

Midwood Manor Association et al., Interveners, Respondents.

*Appeal — unanimous affirmance of order denying peremptory order of mandamus — appeal to Court of Appeals dismissed.*

*Matter of Rosevale Realty Co.* v. *Kleinert,* 206 App. Div. 712, appeal dismissed.

(Argued June 4, 1923; decided July 13, 1923.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1923, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus. It did not appear that the order was denied upon the law.

*Benjamin Reass, I. Henry Kutz, Hugo Hirsh* and *Emanuel Newman* for appellant.

*George P. Nicholson, Corporation Counsel (Charles J. Druhan* and *Joseph P. Reilly* of counsel), for superintendent of buildings, respondent.

*J. George Silberstein* and *James Marshall* for interveners, respondents.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Pound, McLaughlin, Crane and Andrews, JJ. Dissenting: Cardozo, J.